THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:13-cr-00043-MR-DLH

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | **O R D E R** |
| (2) KELLY HIGGINS; | ) | |
| (4) ALBERT TOMES; | ) | |
| (5) TINA TOMES; | ) | |
| (6) KEVIN VICKERS; | ) | |
| (7) LORI WATTS; | ) | |
| (8) TY YOUNG; and | ) | |
| (9) JENNIFER STRUBELL. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment as to the Named Defendants [Doc. 145].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 145] is **GRANTED**, and the Bill of Indictment is hereby **DISMISSED WITHOUT PREJUDICE** with respect to Defendants Kelly Higgins, Albert Tomes, Tina Tomes, Kevin Vickers, Lori Watts, Ty Young, and Jennifer Strubell.

**IT IS SO ORDERED**.

Signed: May 7, 2014

Martin Reidinger
United States District Judge